**FILED**
**2/14/2020**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

FILED
NOV 1 4 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

In the United States
District Court for the
Northern District of
 Illinois

David Morris (#20150721256)  ) Case No. 18 C 4720
    Plaintiff,  ) Honorable Judge
Vs.  ) Martin M. Pacold
P. Jones et al.
    Defendants,

## AMENDED COMPLAINT
## Motion for Leave to file an AMENDED COMPLAINT

Plaintiff, David Morris, pursuant to Rule (15)(a), Fed. R. Civ. P., requests leave to file an amended complaint adding partys.

Complaint under the Constitution ("Bivens" Action), Title 28 Section 1331 U.S Code (federal defendants)

I. Plaintiff:
  A) Name: David Morris (~~#20150721256~~) on
  B) Prisoner identification number: (#20150721256)
  C) Place of present confinement: (CCDOC) Cook County Jail
  D) Address: P.O. Box 089002, Chicago Ill. 60608

II. Defendants:
  A.) Defendant: P. Jones
     Title: Superintendent
     Place of Employment: Cook County Jail (CCDOC)
  B.) Defendant: Thomas Dart
     Title: Sheriff
     Place of Employment: Daily Center  50 w. washington ~~2600 s. Dearborn~~
  C.) Defendant: d. Wedel
     Title: C/O Correctionly officer
     Place of Employment: Cook County Jail (CCDOC)
  D.) Defendant: G. Morris
     Title: C/O officer
     Place of Employment: Cook county jail (CCDOC)
  E.) Defendant: D. Fugiel
     Title: C/O officer
     Place of Employment: Cook County jail (CCDOC)
  F.) Defendant: M. Spizzirri
     Title: C/O officer
     Place of Employment: Cook county jail (CCDOC)
  G.) Defendant: Sgt. White
     Title: Sergant
     Place of Employment: Cook County jail (CCDOC)
  H. Defendant: Lt. Pzanes
     Title: Lieutenant
     Place of Employment: Cook County jail (CCDOC)
  I. Defendant: Un-Named Officers (Jon-
     Title: C/O Officers
     Place of Employment: Cook County jail (CCDOC)

III. List ALL lawsuits you have filed in any state or federal court in the United States:

1.) None.

IV. Statement of Claim:

I David Morris, an inmate of the Cook County jail was housed in Division 9 teir 2G in 2016, for about 2-3 months. During the time I was housed on 2G I was having problems with several detaines who claimed that since I wasn't "Gang" that they were going to rob me and, they also had been threating to jump me and literary spit in my A*** to deprive me of my manhood. So as directed by the CCDOC Handbook I reported it to staff who's reply was, that there is nothing that they could do about simple threats. The threating went on for a few more days untill someone stole my glasses and a few Items of my commisary. A few days later I had dispensary and happened to come across Superintendent P. Jones of Div 9, Whereas I informed him of the threats I was recieving. I supplied him with the names and details of the events that already took place. His reply was "I don't have time for this" after more pleding from myself he then responded "Thats not my problem". I then stated that I already spoke to my teir officer who at the time was officer G. Morris #17686, and the Sergeant, who told me not to worry about it.

I was still very much in fear for my safty, which is why I was now speaking to the Superintendent, who had the power to relocate me but instead chose to walk away. Later that, on Dec 19, 2016, 3-11pm Shift (Every time Shift changes the New officer is supposed to do a count, and a security check, to make sure all inmates are accounted for and all doors are locked.)(futhermore in Div-9 their is a top deck and a bottom deck, due to security reasons they are not allowed to be out at the same time.)(So the time is split between the two 3hours top 3hours bottom) On this day Dec 19 2016 3-11pm, Officer G. Morris #17686 and his backup officer M. Spizzirri #17807 failed to do the lock check even after being informed of my fears, ~~~~~~~. Because of this indifference, while I was in the Dayroom 8-12 inmates exited there cells, (cells wasn't locked) and started to do exactly what I've been afraid of, Jump me, Punching and Kicking me in the face, back, among other places. While this was taking place, © I could see CO's standing by watching from the safty of the interlock door. CO's who I can now identify as G. Morris, M. Spizzirri, J. Wedel #17957, D. Fugiel #17873, Sgt. White #3156, Lt. Pzanes # 698, and many other officers I can not identify. As these CO's watched, while not providing any help, one of the

imates Willie Mims # 20140814302 pulled out a sharp meltal object and begain stabbing me everwhere (Neck, back, face) As this was going on again I tried to get off the teir, I ran to the interlock door. The officers didn't open the door as I begged for help. If Sheriff Thomas Dart, wrote that, or set that policy, I believe he should be held liable as well, and I do believe that our sheriff sets all policys. After a while 3-7 minutes later the inmates begain to return to there cell on there own. One of the white shirts (either Sgt. White or Lt. Pzanes) finnaly gave the order for the officers to intervene and drag me off the teir. ~~released~~ I was then taken to the hospital and treated for stab wounds, headconcosion, among other things. Apond being released from the hospital I was takeN back to Division 9. Where again I told the officers, and, sgt, and Lt. I was afraid for my life, yet again they told me not to worry. I'am going to be going to a diffrent teir. Well when I got to this New teir, the same detaines were on this teir aswell. Needless to say they Jumped me again. I wrote several grievances asking for seperation from the people involved. They haven't done anything about it. I've been housed with these same people more than once. Every day I have to live in fear that I will be placed in danger and get Jumped on or stabbed again.

Most recently I've been house with Kevin MEason # 20130712211, who is most definite a hazard to my health. Since then I've gone into Deep Depression, and now I have mental health promblems, and I can't sleep without med, because everytime I close my eye's I picture myself getting stabbed and beatten. I shouldn't have to live in fear. I am supposted to be under CCDOC's prectection yet they don't do anything to help.

V.) Relief:

I would like for CCDOC to be held responcible for each stab wound. I'am asking for the amount of 1.2 million Dollars against each defendant, jointly and severally for ~~compensate~~ compensatory damages. Punitive damages in the amount of five hundred thousand agaist each defendant.

VI.) Plaintiff demands a trial by a Jury.

27 oct. 2019
David Morris
David Morris
#20150721256
CCDOC
po Box 089002
Chicago IL, 60608

OFFICIAL SEAL
D MCCOY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/17/22

DMcCoy 10/28/19

David Morris #20150721256
PO Box 089002
Chicago IL 60608

✶ Legal ✶

✶ Legal ✶

2019 NOV 13 PM 1:48 Prisoner Correspondence

Clerks Office
U.S. District Court
219 S. Dearborn St. 20th Floor
Chicago, IL 60604

11/13/2019-4

#Legal
#