IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID MORRIS (#20150721256), | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 18 CV 04720 |
| | ) |
| P. JONES, et al, | ) |
| | ) |
| Defendants. | ) |

### JOINT STATUS REPORT

Plaintiff's counsel received from Defendants counsel videos of the attack, and Plaintiff's counsel subsequently held a Zoom meeting with Plaintiff wherein Plaintiff's counsel showed Plaintiff the videos. Plaintiff's counsel still has to finish reviewing written discovery (in the hundreds of pages) and to discuss possible settlement posture with Plaintiff.

The parties now propose to the Court a settlement conference for the week of April 26 or the week of May 3, in the afternoon, at the Court's discretion as to date and time.

Respectfully submitted,
KEVIN R. O'CONNOR,
Pro Bono Limited
Representation Attorney
for Plaintiff
By:  /s/ Kevin R. O'Connor

Respectfully submitted,
RYAN D. SUNIGA,
Attorney for

Defendants>>>
By: /s/ Ryan D. Suniga

Respectfully submitted,
MIGUEL E. LARIOS
Conflicts of Counsel Unit>>>
By: /s/ Miguel E. Larios

CC:
MIA BUNTIC,
Attorney for Printiss Jones